1 | THE LAW OFFICE OF DAVID P. STRAUSS
**DAVID P. STRAUSS**
2 | State Bar Number 96874
1111 Sixth Avenue, Suite 404
3 | San Diego, CA 92101
619-237-5300 (Telephone)
4 | 619-237-5311 (Facsimile)

5 | Attorneys for Plaintiff
ASHLEA PARKER

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | ASHLEA PARKER,                          ) CASE NO. 08 cv 0432 JLS (JMA)
                                         )
11 |                     Plaintiff,          ) DEMAND FOR JURY TRIAL
                                         ) [F.R.C.P.  38(b)]
12 |          v.                            )
                                         ) Hon. Janis L. Sammartino
13 | MAXIM HEALTHCARE SERVICES,            ) Courtroom 6
INC., a Maryland corporation; and     )
14 | DOES 1- 50, inclusive.                )
                                         )
15 |                     Defendants.        )
                                         )
16 | _____ )

17 |          TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18 |          Please take notice that plaintiff Ashlea Parker hereby requests trial by jury in

19 | United States District Court in the above-captioned action.

20

21 |                                        Respectfully submitted,

22 | Dated:  March 7, 2008                  LAW OFFICE OF DAVID P. STRAUSS

23

24 |                              By:    _David P. Strauss_____
                                        DAVID P. STRAUSS
25 |                                     Attorneys for Plaintiff Ashlea Parker

26

27

28

---

DEMAND FOR JURY TRIAL [F.R.C.P.  38(b)]          08 cv 0432 JLS (JMA)

1 | **THE LAW OFFICE OF DAVID P. STRAUSS**
**DAVID P. STRAUSS**
2 | State Bar Number 96874
1111 Sixth Avenue, Suite 404
3 | San Diego, CA 92101
619-237-5300 (Telephone)
4 | 619-237-5311 (Facsimile)

5 | Attorneys for Plaintiff
ASHLEA PARKER

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | ASHLEA PARKER, ) CASE NO. 08 cv 0432 JLS (JMA)
)
11 | Plaintiff, ) DECLARATION OF SERVICE
)
12 | v. ) Person Served:
) John S. Adler, Esq.
13 | MAXIM HEALTHCARE SERVICES, )
INC., a Maryland corporation; and ) Date Served:
14 | DOES 1- 50, inclusive. ) March 10, 2008
)
15 | Defendants. )
)
16 | _____ )

17 | I, the undersigned, declare under penalty of perjury that I am over the age of

18 | eighteen years and not a party to this action; that I served the above-named person the

19 | following documents:

20 | **DEMAND FOR JURY TRIAL [F.R.C.P. 38(b)]**

21 | in the following manner:

22 | 1) _____    By personally delivering copies to the person served.

23 | 2) _____    By leaving, during usual office hours, copies in the office of the person
served with the person who apparently was in charge and thereafter
24 | mailing (by first-class mail, postage prepaid) copies to the person served
at the place where the copies were left.

25

26 | 3) _____    By leaving copies at the dwelling house, usual place of abode, or usual
place of business of the person served in the presence of a competent
member of the household or a person apparently in charge of his office or
27 | place of business, at least eighteen years of age, who was informed of the
general nature of the papers, and thereafter mailing (by first-class mail,
28 | postage prepaid) copies to the person served at the place where the
copies were left.

1   4) _X__      By placing a copy in a separate envelope, with postage fully prepaid, for
                   each address named below and depositing each in the U.S. Mail at San
2                    Diego, California on March 10, 2008.

3   **John S. Adler, Esq.**                                  **Attorneys for Defendant**
  **LITTLER MENDELSON**                        **MAXIM HEALTHCARE**
4   **501 W. Broadway, Suite 900**               **SERVICES, INC.**
  **San Diego, CA 92101-3577**
5   **619-232-0441 Telephone**
  **619-232-4302 Facsimile**
6   jadler@littler.com **Email**

7   Executed on March 10, 2008 at San Diego, California

8

9                                  JUNE C. RIDER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28