JOHN S. ADLER, Bar No. 060398
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
E-mail: jadler@littler.com

Attorneys for Defendant
MAXIM HEALTHCARE SERVICES, INC.

FILED
08 MAR -7 PM 1:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CAP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEA PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. '08 CV 0432 JLS JMA<br><br>NOTICE OF RELATED CASES |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to Southern District of California Local Rule 40.1(f), Defendant Maxim Healthcare Services, Inc. ("Defendant") hereby avers that, to its knowledge, no action previously filed or currently pending in the Southern District appears to arise from the same or substantially identical transactions, happenings or events as those alleged in Plaintiff's pending lawsuit.

////
////
////
////
////
////

FIRMWIDE:84513762.1 045468.1017

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

1  To Defendant's knowledge, no action previously filed or currently pending in the
2  Southern District appears to call for determination of the same or substantially identical questions of
3  law and fact or will entail substantial duplication of labor if heard by different judges.

4

5  Dated: March 6, 2008

6

7  _____
   JOHN S. ADLER
8  LITTLER MENDELSON
   A Professional Corporation
   Attorneys for Defendant
9  MAXIM HEALTHCARE SERVICES, INC.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:84513762.1 045468.1017          2.                    NOTICE OF RELATED CASES