1  JOHN S. ADLER, Bar No. 060398
   LITTLER MENDELSON
2  A Professional Corporation
   501 W. Broadway
3  Suite 900
   San Diego, CA 92101.3577
4  Telephone: 619.232.0441

5  Attorneys for Defendant
   MAXIM HEALTHCARE SERVICES, INC.

FILED
08 MAR -7 PM 1:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CAP    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ASHLEA PARKER,

    Plaintiff,

v.

MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation; and DOES 1-50, inclusive,

    Defendants.

Case No. '08 CV 0432 JLS JMA

DECLARATION OF DAVID C. FRANCHAK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

DECLARATION OF DAVID C. FRANCHAK

1.  I am employed by Maxim Healthcare Services, Inc. ("Maxim") in the position of Vice President of Finance at Maxim's corporate headquarters in Columbia, Maryland.

2.  The facts contained in this declaration are true to the best of my knowledge and, if called as a witness, I could and would competently testify to them.

3.  Maxim is incorporated under the laws of the State of Maryland, where it maintains its Company headquarters. Maxim is a provider of home health care, medical staffing and wellness services that conducts business in all fifty (50) states and the District of Columbia. Maxim's company headquarters is in Columbia, Maryland. The Maryland headquarters is where Maxim's directors and stockholders meet. It is also where Maxim's President and other executives have their offices. Maxim's administrative functions (including payroll, accounting, purchasing, marketing,

training, human resources and information systems) are located in Maryland, as well as its Legal Department. Maxim files its corporate income tax returns in Maryland.

4. Maxim currently has twenty-seven individuals serving in Executive and Upper Management positions. Of those, twenty three (85%) reside and are located in and/or near the State of Maryland. One (4%) resides in California.

5. As of the date of this Declaration, to the best of my knowledge and belief,

    (a) Maxim's fixed assets were located in 44 states and the District of Columbia, with 6.21% located in California. Maxim has 62.65% of its fixed assets in Maryland.

    (b) Maxim currently has 376 branch offices in 44 states and the District of Columbia. There are 59 offices (15.69%) located in California.

    (c) Maxim has approximately 28,195 employees nationwide, located in 44 states and the District of Columbia. There are approximately 4,529 employees in California (16%).

    (d) The approximate percentage of Maxim's California sales for the year 2007 was 17%.

    (e) The approximate percentage of Maxim's total payroll for the year 2007, in California, was 16%.

    (f) Maxim's presence in California at approximately 16% of business activity is consistent California's proportionate population (12%).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 5, 2008 at Columbia, Maryland.



DAVID C. FRANCHAK

FIRMWIDE:84469267.1 045468.1000    2.    DECLARATION OF DAVID C. FRANCHAK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441