```
 1  JOHN S. ADLER, Bar No. 060398
    LITTLER MENDELSON
 2  A Professional Corporation
    501 W. Broadway
 3  Suite 900
    San Diego, CA  92101.3577
 4  Telephone:   619.232.0441

 5  Attorneys for Defendant
    MAXIM HEALTHCARE SERVICES, INC.
```

FILED

08 MAR -7 PM 1:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:   CAP   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEA PARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. '08 CV 0432 JLS JMA<br><br>DEFENDANT MAXIM HEALTHCARE SERVICES, INC.'S NOTICE OF PARTIES WITH FINANCIAL INTEREST |

　　　　Pursuant to Local Rule 40.2, Defendant MAXIM HEALTHCARE SERVICES, INC. hereby gives notice of parties with financial interest:

　　　　The following listed entities are the corporate parents of MAXIM HEALTHCARE SERVICES, INC. and/or are publicly held companies that own 10% or more of MAXIM HEALTH CARE SERVICES, INC. stock:

　　　　1.　　None.

Dated: March 6, 2008

　　　　　　　　　　　　　　/s/ John S. Adler
　　　　　　　　　　　　　　JOHN S. ADLER
　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　MAXIM HEALTHCARE SERVICES, INC.

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:84505352.1 045468.1017

DEFENDANT MAXIM HEALTHCARE SERVICES, INC.'S NOTICE OF PARTIES WITH FINANCIAL INTEREST