JOHN S. ADLER, Bar No. 060398
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
E-mail: jadler@littler.com

Attorneys for Defendant
MAXIM HEALTHCARE SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEA PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 08-CV-0432 JLS JMA<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |

I, Cindy Lewis, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Littler Mendelson, P.C., 501 W. Broadway, Suite 900, San Diego, California 92101, which is located in the city, county and state where the personal service described below took place.

On March 7, 2008, I caused to be filed an original Notice to Adverse Party and State Court of Removal of Civil Action to Federal Court in the County of San Diego located at 330 W. Broadway, San Diego, CA 92101.

On March 7, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the Notice to Adverse Party and State Court of Removal of Civil Action to Federal Court, in a sealed envelope, postage fully paid, addressed as follows:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:84514143.1 045468.1017

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

| | |
|---|---|
| David P. Strauss<br>The Law Office of David P. Strauss<br>1111 Sixth Avenue, Suite 404<br>San Diego, CA  92101 | Attorneys for Plaintiff<br>ASHLEA PARKER<br><br>Phone: 619.237.5300<br>Fax:    619.237.5311 |

A copy of the Notice to State Court and All Adverse Parties of Removal of Civil Action to Federal Court, without its accompanying exhibits, is attached to this Certificate as Exhibit "A."

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on March 7, 2008, and would, in the ordinary course of business, be deposited with the United States Postal Service on that date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 10, 2008.

　　　　　　　　　　　　　　　　　　　　*/s/ Cindy Lewis*
　　　　　　　　　　　　　　　　　　　　CINDY LEWIS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

FIRMWIDE:84514143.1 045468.1017

2.

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

1  JOHN S. ADLER, Bar No. 060398
   LITTLER MENDELSON
2  A Professional Corporation
   501 W. Broadway
3  Suite 900
   San Diego, CA  92101.3577
4  Telephone:   619.232.0441

5  Attorneys for Defendant
   MAXIM HEALTHCARE SERVICES, INC.

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF SAN DIEGO

10 | ASHLEA PARKER,                    | Case No.  37-2008-00077150-CU-WT-CTL
11 |          Plaintiff,               |
12 |     v.                            | **NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**
13 | MAXIM HEALTHCARE SERVICES,        |
   | INC., a Maryland corporation; and DOES
14 | 1-50, inclusive,                  |
15 |          Defendants.              |

16

17         TO PLAINTIFF ASHLEA PARKER AND HER ATTORNEY OF RECORD AND

18 THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE

19 COUNTY OF SAN DIEGO:

20         PLEASE TAKE NOTICE that Defendant MAXIM HEALTHCARE SERVICES,

21 INC. (hereinafter "Defendant") filed on March 7, 2008, a Notice of Removal of Civil Action Based

22 on Diversity Jurisdiction in the office of the Clerk of the United States District Court for the

23 Southern District of California, pursuant to 28 U.S.C. sections 1332(a), 1441(b) and 1446.  A copy

24 of said Notice of Removal of Civil Action as well as reference to the entire state court record as its

25 accompanying exhibits is attached as **Exhibit A**.

26         PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. sections 1332(a),

27 1441(b) and 1446, the filing of said Notice of Removal of Action in federal court, together with the

28 filing of a copy of said Notice to Adverse Party and State Court of Removal of Civil Action to

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

FIRMWIDE:84514143.1 045468.1017

NOTICE TO ADVERSE PARTY AND STATE COURT OF
REMOVAL OF CIVIL ACTION TO FEDERAL COURT

**EXHIBIT A**

Federal Court with the Clerk of this state court, effects the removal of this action, and the state court may therefore proceed no further unless and until the case is remanded.

Dated: March 7, 2008

      /s/ *John S. Adler*
JOHN S. ADLER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MAXIM HEALTHCARE SERVICES, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:84514143.1 045468.1017

2. NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

**EXHIBIT A/pg. 2**