1  DAVID P. STRAUSS, Bar No. 096874
   THE LAW OFFICE OF DAVID P. STRAUSS
2  1111 Sixth Avenue, Suite 404
   San Diego, CA 92101
3  Telephone:    619.237.5300
   Facsimile:    619.237.5311
4  E-Mail:       ds@dstrausslaw.com

5  JOHN S. ADLER, Bar No. 060398
   LITTLER MENDELSON
6  A Professional Corporation
   501 W. Broadway, Suite 900
7  San Diego, CA 92101.3577
   Telephone:    619.232.0441
8  Facsimile:    619.232.4302
   E-Mail:       jadler@littler.com

9
   Attorneys for Defendant
10 MAXIM HEALTHCARE SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ASHLEA PARKER, | Case No. 08-CV-0432-JLS (JMA) |
|---|---|
| Plaintiff, | **JOINT DISCOVERY PLAN/RULE 26(f) CONFERENCE REPORT** |
| v. | |
| MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 26(f), counsel for the parties met and conferred telephonically on May 22, 2008. David P. Strauss, Esq., participated in the Rule 26(f) conference on behalf of Plaintiff Ashlea Parker, and John S. Adler, Esq., of Littler Mendelson, P.C., participated on behalf of Defendant Maxim Healthcare Services, Inc. The parties hereby submit the following Joint Discovery Plan/Report of Conference pursuant to Federal Rules of Civil Procedure 26(f).

/ / / /

/ / / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:85327610.1 045468.1017                                              Case No. 08-CV-0432-JLS (JMA)

## INITIAL DISCLOSURES – DISCOVERY

The parties have agreed that discovery is needed on all facts alleged concerning both liability and damages on the one cause of action raised in Plaintiff's Complaint, that discovery is needed as to the legal positions set forth in Defendant's Answer, and that discovery may proceed immediately upon approval by the Court.

The parties have agreed that with respect to production of electronic data, the parties may initially elect to produce such data in electronic or hard copy form. If issues arise relating to any electronic data, the parties shall meet and confer and seek judicial relief from the magistrate if no agreement is reached.

The parties have agreed that, absent court order or other agreement of the parties, discovery should be conducted in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

The parties plan to conduct the following discovery according to the following schedule:[1]

<u>Initial Written Discovery</u>                             June 15, 2008 – September 15, 2008

<u>Plaintiff's Deposition – taken by video by Defendant</u>                    September 2008

-- to be examined on all issues concerning liability and damages

<u>Depositions Anticipated To Be Taken By Plaintiff</u>          September – December 2008

a.  Any and all percipient witnesses, including those residing out of the State of California, whose testimony needs to be memorialized. Included within this group are the following: Brian Twigger, Zorka Huffman, Sunny Henderson, Steve Hehnen, Jeremy Vanleeuwen, and Emily Andrzejewski. Plaintiff reserves the right to add or delete names as further information becomes known.

<u>Other Depositions Anticipated To Be Taken By Defendant</u>    September – December 2008

a.  Defendant intends on participating and questioning at deposition all persons identified by Plaintiff in the list above. If Plaintiff does not take any of the depositions noted above, Defendant reserves the right to do so.

b.  Any and all persons with knowledge of Plaintiff's effort, or lack of effort, to secure post-termination employment, and the nature and extent of the terms and conditions of all such employment and past, current, and future compensation associated therewith.

---

[1] The parties note that this document sets forth their current plan regarding discovery, and reserve the right to take other discovery as additional facts are ascertained and strategies evolve in the future.

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:85327610.1 045468.1017              2.              Case No. 08-CV-0432-JLS (JMA)

1  c. Any and all persons with knowledge of Plaintiff's claims of emotional distress, if any,
2  including all health care providers, counselors, mental health professionals, and medication
3  custodian of records.
4  d. Any and all percipient witnesses, including those residing out of the State of
5  California, whose testimony needs to be memorialized. The identity of such witnesses will likely
6  become known following Plaintiff's deposition.

| | |
|---|---|
| <u>Further Written Discovery</u> | January – February 2009 |
| <u>Further Depositions (If Needed)</u> | January – February 2009 |
| <u>Expert Depositions</u> | March – May 2009 |

<u>PROPOSED DATES FOR SCHEDULING ORDER</u>

The parties propose the following pretrial schedule based upon a trial date to be set for September 2009:

| | |
|---|---|
| Simultaneous Initial Expert Witness Designation | March 6, 2009 |
| Rebuttal Expert Witness Designation | March 20, 2009 |
| Discovery Cutoff (Excluding Experts) | May 15, 2009 |
| Mandatory Settlement Conference | May 18, 2009 (or as scheduled by the Court) |
| Expert Report Disclosure – Rule 26(a)(2)(B) | June 1, 2009 |
| Supplemental/Rebuttal Expert Witness Reports | June 15, 2009 |
| Discovery Cutoff (Experts) | June 29, 2009 |
| Motion Cutoff | July 13, 2009 |
| Pretrial Disclosures – Rule 26(a)(3) | July 24, 2009 |
| Memoranda of Contentions of Fact and Law | July 24, 2009 |
| Local Rule 16.1(f)(4) Meeting | July 31, 2009 |
| Objections to Pretrial Disclosures | August 7, 2009 |
| Proposed Pretrial Conference Order | August 31, 2009 |
| Pretrial Conference | September 14, 2009 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

FIRMWIDE:85327610.1 045468.1017          3.          Case No. 08-CV-0432-JLS (JMA)

## SETTLEMENT

The parties discussed settlement at the Early Neutral Evaluation Conference, and thereafter, and were unable to resolve the case.

## TRIAL ESTIMATE

The parties estimate the length of the trial to be approximately two weeks.

Dated: June 3, 3008

    */s/ David P. Strauss*
DAVID P. STRAUSS
THE LAW OFFICE OF DAVID P. STRAUSS
Attorneys for Plaintiff
ASHLEA PARKER

Dated: June 3, 3008

    */s/ John S. Adler*
JOHN S. ADLER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MAXIM HEALTHCARE SERVICES, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:85327610.1 045468.1017    4.    Case No. 08-CV-0432-JLS (JMA)

*Parker v. Maxim Healthcare Services, Inc.*
U.S. District Court, Southern District of California, Case No. 08-CV-0432-JLS (JMA)

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. On June 3, 2008, I served the within document(s):

**JOINT DISCOVERY PLAN/RULE 26(f) CONFERENCE REPORT**

by following the procedures for electronic filing with this Court thereby causing electronic service on the parties listed below:

| David P. Strauss, Esq.<br>The Law Office of David P. Strauss<br>1111 Sixth Avenue, Suite 404<br>San Diego, CA  92101 | Attorneys for Plaintiff<br>ASHLEA PARKER<br><br>E-Mail:  ds@dstrausslaw.com<br>Phone: 619.237.5300<br>Fax:     619.237.5311 |
|---|---|

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 3, 2008, at San Diego, California.

*/s/ Cindy L. Lewis*
Cindy L. Lewis

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

FIRMWIDE:85327610.1 045468.1017            5.            Case No. 08-CV-0432-JLS (JMA)