UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEA PARKER, | Case No. 08-CV-0432-JLS (JMA) |
| Plaintiff, | **ORDER RE CONFERENCES** |
| v. | |
| MAXIM HEALTHCARE SERVICES, INC., etc., et al., | |
| Defendants. | |

On September 9, 2008 at 9:30 a.m., the Court convened a telephonic Case Management Conference in the above entitled action. Counsel for the parties appeared for the conference. Judge Adler will conduct another telephonic Case Management Conference on **December 8, 2008** at **2:30 p.m.** Counsel shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: September 9, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv432